UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>    Plaintiff,<br><br>v.<br><br>Ferrari Investment, LLC, a Nevada Limited Liability Company; Thrifty Payless, Inc., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:13-CV-02485-WBS-KJN<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 2, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

Stipulation for Dismissal        Case: 2:13-CV-02485-WBS-KJN